Opinion.

# 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

## SAVILLE, CLERK, V. ROUNTREE.

### January 27, 1911.

1   TAXATION—*Deeds—Amount Due for Recordation.*—The change of
    language in section 13 of the Tax Laws of Virginia made by
    the act of March 17, 1910, was not intended to increase the
    amount due for the recordation of deeds relating to real estate.
    Section 13 of the amended act is identical in legal effect with
    section 13 before it was amended.

Petition for a writ of error to a judgment of the Circuit
Court of the city of Richmond in a proceeding by way of
mandamus.

*Refused.*

*Samuel W. Williams, Attorney General,* for the petition.

BY THE COURT:

The petition of Chas. O. Saville, clerk of the Chancery
Court of the city of Richmond, for a writ of error and super-
sedeas to a judgment rendered by the Circuit Court of the
city of Richmond on the 20th day of December, 1910, in a
certain proceeding at law by way of mandamus then therein
depending, wherein William W. Rountree was plaintiff and
the said petitioner was defendant, having been maturely con-
sidered, and it appearing to the court that the change of
language in section 13 of the Tax Laws of Virginia made by
the act of March 17, 1910, was not intended to increase the
amount due for the recordation of deeds relating to real es-
tate, and that upon the true construction of said act of 1910,

section 13 is identical in legal effect with section 13 before it was amended, the court is of opinion that there is, as applied to the facts of this case, no error in the judgment complained of, and the said petition is denied.

*Refused.*